TRULINCS  22684509 - WONG, STEVEN - Unit: PHL-E-S

---------------------------------------------------------------------------------------------

FROM: 22684509
TO: Wong, Alana
SUBJECT: motion
DATE: 04/20/2026 09:23:03 AM

date 4-20-2026
case# 2;24-CR-253

............................................................united states .................................................................

vs

JAHLIL WILLIAMS

............................................ motion to appoint new counsel .................................................................

the defendant moves this court to appoint new counsel .MAUREEN COGGINS . have neglected their duties and the trust is broken . due to recent past issues that have accumulated since MAUREEN COGGINS .
WAS appointed to this case , the defendant has reason to believe that there is irreconcilable conflict between him and his current counsel . the lawyers are also not investigating my case and not being sufficient . there for the defendant requests that the court appoint new counsel otherwise the defendant will suffer great prejudice .

note ; your honor there is alot more i have to say but do not want to put it on here . please i am asking the courts to substitute my counsel with some one that wants to fight for my CASE .

x _Jahlil Williams_____          DATE  4-20-2026

Case 2:24-cr-00253-JHS    Document 207    Filed 04/23/26    Page 2 of 2

Jahlil williams (25698511)
F.D.c phila
P.O Box 562
Phila, pa 19105

U.S. MARX

RECEIVED

APR 23 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Federal clerk of Courts

601 market st
Philadelphia. pA 19106

PHILADELPHIA PA  190
PHILADELPHIA PA  190
21 APR 2026   PM 6 L
21 APR 2026 PM 6 L

Legal mail

UNITED STATES
OF AMERICA
FOREVER/USA

19106-172999