**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No.  2:24-CR-253** |
| **vs.** | : | |
| **JAHLIL WILLIAMS,** *et al* | : | |

## ORDER

**AND NOW**, this day of _____ 2026, upon consideration of the Defendant's Unopposed Motion to Grant a Continuance, the Court finds that:

1. The ends and the interests of justice would be served by granting the Motion for a Continuance and that those interests outweigh the interests of the Defendant and of the public in a speedy trial (18 U.S.C. §3161 (h)(8)(A));

2. Failure to grant the requested continuance would likely make a continuation of these proceedings impossible or result in a miscarriage of justice. (18 U.S.C. §3161 (h)(8)(B)(i)).

Therefore, it is hereby **ORDERED**, pursuant to 18 U.S.C. §3161 (h)(8)(A) and (B), that the pre-trial motion hearing date currently scheduled and the jury trial presently scheduled for September 28, 2026 at 9:00am be continued beyond the time limits set forth by the Speedy Trial Act and the delay resulting from the continuance shall be excluded from the Speedy Trial calculation. Further, it is hereby **ORDERED** and **DECREED** that the defendant's Motion to Extend the Deadline for Pre-Trial Motions is **GRANTED**.

The trial shall be continued until _____, 202____.

_____
HONORABLE JOEL H. SLOMSKY
United States Federal Judge

Maureen Coggins, Esq.
ID# - 67126
463 West Linden Street,
Allentown, PA 18041
(610) 721-2725
copesq@aol.com

Edward J. Rymsza
ID# - 82911
 Miele & Rymsza PC
125 East Third Street
Williamsport, PA 17701
570-322-2113
rymsza@comcast.net

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No.  2:24-CR-253** |
| **vs.** | : | |
| **JAHLIL WILLIAMS, *et al*** | : | |

### <u>UNOPPOSED MOTION TO CONTINUE THE CURRENT TRIAL DATE</u>

The defendant Jahlil Williams, by and through his attorneys, Maureen Coggins and Edward J Rymsza and in support of his Motion to Continue the Jury Trial, states as follows:

1) The defendant is alleged to have committed several crimes including 18:1962(d) - *Conspiracy to Participate in the Affairs of a Racketeering Enterprise*, 18:1959(a)(5) - *Conspiracy to Commit Murder in Aid of Racketeering,* 18:1962(d) - *Conspiracy To Participate In The Affairs of a Racketeering Enterprise*, and 18:371 - *Conspiracy To Commit Counterfeiting*

2) The defendant was most recently arraigned on March 6, 2025 on a Superseding Indictment.  This was due to the fact that an additional defendant was added to the Indictment which now brought the total amount of defendants to nine.

3) The current trial date is set for September 28, 2026 at 9:00am.

4) There are several reasons that counsel makes his request to continue this case. First, this case has been classified as a "complex case" because of the sheer amount of discovery that has been provided to all counsel. Defense counsel and their respective clients are in the process of analyzing this massive mountain of information. Second, due to the amount

4) of protected material in the case, counsel needs more time to meet with defendant, who is incarcerated at FDC, to go over this evidence in person. Third, there are ongoing investigative tasks that need to be concluded.

5) Counsel for the defendant has spoken to AUSA Everett Witherell and Shana Gannonne and there is no objection to this request for a continuance for the above stated reasons.

6) Counsel has not spoken to co-counsel regarding this request because all co-defendants have either pled guilty and been sentenced or have change of plea hearings already scheduled.

7) As such, the defendant Jahlil Williams respectfully requests that this Honorable Court allow the continuance to further prepare for trial.

8) The defense makes this request not for any dilatory purpose, but rather to ensure the effective assistance of counsel.

WHEREFORE, it is respectfully requested that the deadlines for pre-trial motions be extended beyond their current run date and the jury trial be continued.

Respectfully Submitted,

/s/ Maureen Coggins
Maureen Coggins, Esquire
Attorney for Jahlil Williams

/s/ Edward J. Rymsza
Edward J Rymsza  Attorney
for Jahlil Williams

Date:   July 29, 2026

## <u>CERTIFICATE OF SERVICE</u>

I, Maureen Coggins, Esquire, hereby certify that I caused this Motion to be served via

ECF upon the following persons:

Everett Witherell
United States Attorney's
Office 615 Chestnut Street
12th Floor
Philadelphia, PA 19106

Shayna Gannone
United States Attorney's
Office 615 Chestnut Street
12th Floor
Philadelphia, PA 19106

Date:   July 29, 2026                    *Maureen Coggins*
                                         Maureen Coggins, Esquire