IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 24-253-01 |
| JAHLIL WILLIAMS | : | |
| USM: 25698-511 | : | |
| | : | |

**NOTICE**

Take notice that the defendant is scheduled for a **Change of Plea Hearing** on **Wednesday, October 28, 2026 at 10:30 a.m.** before the **Honorable Joel H. Slomsky** in **Courtroom 13-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: Laura Buenzle Roberts (for Kelly Ann Haggerty)
Deputy to J. Joel H. Slomsky
Phone: 267.299.7341

Date: 10/22/2026

cc via email: M. Coggins, Esq. & E. Rymsza, Esq.
E. Witherell, AUSA & S. Gannone, AUSA
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)