**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JAHLIL WILLIAMS** | **CRIMINAL ACTION**<br>**24-253-01**<br>**25-110-04** |

# **O R D E R**

**AND NOW**, this 23rd day of October, 2026, upon consideration of the Government's Unopposed Motion to Consolidate (ECF No. 265 in 24-cr-00253; ECF No. 116 in 25-cr-00110), **IT IS HEREBY ORDERED** that this matter shall be transferred from Judge John Padova to Judge Joel Slomsky solely for the purposes of Defendant's plea and sentencing.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**